JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE BERNARD AUSTION,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SHERIFF ALEX VILLANUEVA,<br><br>　　　　　Respondent. | Case No. 2:20-cv-08741-ODW-AFM<br><br>**JUDGMENT** |

　　This matter came before the Court on the Petition of JASMINE BERNARD AUSTION, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: November 10, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE